# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>Nationwide Mutual Insurance</u>

            v.                          Case No. 07-cv-241-PB

<u>NH Department of Labor</u>

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated August 21, 2007, no objection having been filed.

The Magistrate judge has prepared a detailed and well reasoned Report and Recommendation. I am in no position to second guess his analysis without the benefit of an objection, the Report and Recommendation is approved.

SO ORDERED.

September  12 , 2007                              /s/ Paul Barbadoro
                                                                        Paul Barbadoro
                                                                        United States District Judge

cc:     Counsel of Record