UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Nationwide Mutual Insurance

v.                                      Case No. 07-cv-241-PB

NH Department of Labor


O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Arenas dated August 21, 2007, no objection having been filed.

The Magistrate Judge has prepared a detailed and well reasoned Report and Recommendation. I am in no position to second guess his analysis without the benefit of an objection,  the Report and Recommendation is approved.


SO ORDERED.


September  12 , 2007                         /s/ Paul Barbadoro
                                            _____
                                            Paul Barbadoro
                                            United States District Judge


cc:     Counsel of Record